# United States District Court

**CASE UNSEALED PER ORDER OF COURT** SOUTHERN DISTRICT OF CALIFORNIA   9799329
1/21/20

UNITED STATES OF AMERICA ~~SEALED~~

V.

Mario Hidalgo-Arguello (1) aka "Nariz"

**WARRANT FOR ARREST**

Case Number: 15cr1145-WQH

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Mario Hidalgo-Arguello (1) aka "Nariz"__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

☐ Pretrial Violation

charging him or her with (brief description of offense):
21:841(a)(1), 846 - Conspiracy to Distribute Marijuana
21:952, 960, 963 - Conspiracy to Import Marijuana
21:853 - Criminal Forfeiture

DATE: 4/18/20
ARRESTED BY: a/Tradeleon
USMS
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

2015 MAY 1 PM 3 56
U.S. SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title ___See Above___ United States Code, Section(s) _____

| | |
|---|---|
| John Morrill | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| s/ N. Peltier | 5/1/2015, San Diego, CA |
| Signature of Deputy | Date and Location |
| Bail fixed at $  No Bail | by The Honorable Ruben B. Brooks |
| | Name of Judicial Officer |

FILED
FEB 0 6 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY         DEPUTY

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

3560