ROBERT S. BREWER, JR.
United States Attorney
Jonathan I. Shapiro
Victor P. White
Assistant U.S. Attorneys
California Bar No. 268954, 247882
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8439
Email: Victor.White2@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO HIDALGO-ARGUELLO,<br>aka "Nariz," (1)<br><br>Defendant. | Case No.: 15CR1145-WQH<br><br>Date: May 4, 2020<br>Time: 2:00 p.m.<br><br>**JOINT MOTION TO DECLARE CASE COMPLEX AND REQUEST FOR CONTINUANCE** |

The parties, UNITED STATES OF AMERICA, by and through its counsel Robert S. Brewer, Jr., United States Attorney, and Jonathan I. Shapiro and Victor P. White, Assistant United States Attorneys, and the above-captioned defendant, through his defense counsel Sandra C. Lechman, hereby jointly move, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), for the Court to declare this case complex for purposes of the Speedy Trial Act, 18 U.S.C. § 3161, et seq. The parties also jointly request a 6-8 week continuance of the motion hearing currently scheduled for May 4, 2020.

# I
# Statement of the Case

On January 21, 2020, Defendant Mario HIDALGO-Arguello was arraigned on a two-count Indictment. Count 1 charged Defendant with conspiracy to distribute marijuana, in violation of Title 21, United States Code Sections 841 and 846. Count 2 charged Defendant with conspiracy to import controlled substances in violation of Title 21, United States Code Sections 952, 960, and 963. Defendant pleaded not guilty to the Indictment. At the motion hearing/trial setting before this Court on March 2, 2020 at 2:00 P.M., the parties jointly requested a continuance. The Court granted a continuance and excluded time in the interests of justice from March 2, 2020 until the next motion hearing which is currently scheduled for May 4, 2020 at 2 P.M.

This case involves voluminous discovery, approximately 51 gigabytes of data, including wiretap interceptions, reports of investigation, and evidence from multiple searches and seizures. In sum, based on the high volume of the discovery, the complex nature of the prosecutions and possible existence of novel questions of fact or law, it would be unreasonable to expect defense counsel to be able to adequately review the voluminous discovery and effectively prepare for pre-trial motions and trial within the period normally prescribed by the Speed Trial Act, 18 U.S.C. § 3161, et seq., taking into account the exercise of due diligence. Consequently, the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial.

In addition, the parties also request a 6 to 8 week continuance of the currently scheduled motion hearing to a future date in light of the Court's General Order and request that time be excluded under 18 USC § 3161(h)(7)(A) (to protect public health and safety in the face of the Covid-19 national emergency) and 18 USC § 3174.

## II
## Conclusion

The parties respectfully request that this Court declare this case complex and order that the time between March 2, 2020 and a future date determined by the Court, be deemed excludable time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). The parties also respectfully request that this Court continue the currently scheduled motion hearing/trial setting from May 4, 2020 to a future date convenient for the Court approximately 6 to 8 weeks later, and exclude time under 18 USC § 3161(h)(7)(A) (to protect public health and safety in the face of the Covid-19 national emergency) and 18 USC § 3174.

DATED: March 27, 2020

Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

/s/ Victor P. White
Assistant U. S. Attorney

/s/ Sandra C. Lechman
Counsel for Defendant
HIDALGO-Arguello