**Sandra C. Lechman**
California Bar No. 288660
964 Fifth Ave, Suite 214
San Diego, California 92101
Tel.: (619) 780-3288
Email: Sandra.Lechman@outlook.com

Attorney for Mario Hidalgo-Arguello

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>MARIO HIDALGO-ARGUELLO,<br><br>*Defendant.* | Case no. 15-CR-1145-WQH<br><br>Sentencing date: December 1, 2021<br>Time: 9:00 a.m.<br><br>**Mr. Hidalgo-Arguello's Sentencing Summary Chart** |

**To:** Randy S. Grossman, United States Attorney; And
Jonathan Shapiro, Assistant United States Attorney; And
Victor White, Assistant United States Attorney

   Please take notice of this sentencing summary chart on behalf of Mr. Hidalgo-Arguello.

                                    Respectfully submitted,

DATED: November 26, 2021    *s/ Sandra C. Lechman*
                                              SANDRA C. LECHMAN
                                              ATTORNEY FOR DEFENDANT

# SENTENCING SUMMARY CHART

USPO ___
AUSA___
DEF  X

| | |
|---|---|
| **Mario Hidalgo-Arguello** | Case no. 15-CR-1145-WQH |
| Guidelines Manual used: Nov. 1, 2018 | *Agree with USPO calc.:* No |
| **Base Offense Level (U.S.S.G. § 2D1.1(a)(5))** | 32 |
| Adjustment for Role Offense (U.S.S.G. § 3B1.2) ............................................. | +4 |
| Adjustment for Acceptance of Responsibility (U.S.S.G. § 3B1.1(b)) ............. | -3 |
| Criminal History Category ................................................................................. | I |
| **Adjusted Offense Level:** | 33 |
| Adjustment for Early Resolution and Appellate Waiver | - 1 |
| **Total Offense Level** | 32 |
| Guideline Range: ................................................................................................. (Range limited by:  ☐ minimum mandatory   ☐ statutory maximum) | From 121-151 months |
| **Joint Recommendation:** 84 months custody; no fine; $100 special assessment; 5 years supervised release | |

# CERTIFICATE OF SERVICE

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Johnathan Shapiro
Assistant U.S. Attorney

Victor White
Assistant U.S. Attorney

Respectfully submitted,

DATED: November 26, 2021      *s/ Sandra C. Lechman*
Sandra C. Lechman
Attorney for Defendant